### SNAITH v. SMITH.

(City Court of New York, General Term. October 20, 1893.)

MECHANICS' LIENS—FORECLOSURE—ARCHITECT'S CERTIFICATE.

When a building contract stipulates that the architect's certificate shall be conclusive evidence of the builder's right to final judgment, and the certificate is produced, and not impeached, there is no reason to deny foreclosure of the lien.

Appeal from special term.

Action by John Snaith against George D. Smith to foreclose a mechanic's lien. There was a judgment in favor of plaintiff, and defendant appeals. Affirmed.

Argued before EHRLICH, C. J., and McCARTHY, J.

Shepard & Prentiss, for appellant.
Wilmot & Sage, for respondent.

EHRLICH, C. J. This action is to foreclose a mechanic's lien, under a building contract which, by its terms, makes the architect's certificate conclusive evidence of the builder's right to the final judgment. The architect gave the required certificate, and there was not evidence offered to vitiate or destroy the effect which the contract provided it was to receive, so that by the terms of the contract, and according to the unbroken line of authorities in this state, the plaintiff's right to recover was clearly established. We find no error in the rulings, and the judgment appealed from must be affirmed, with costs.